1  Beth K. Findsen (023205)
   LAW OFFICES OF BETH K. FINDSEN, PLLC
2  7279 East Adobe Drive, Suite 120
   Scottsdale, AZ 85255
3  (480) 584-6664
   beth@findsenlaw.com
4  *Attorney for Plaintiff*

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8  ROZANN G. BERGDALE,                Case No.  **3:12-cv-08057-GMS**

9
          Plaintiff,                       **NOTICE OF ERRATA**
10 vs.

11
   BANK OF AMERICA, NATIONAL
12 ASSOCIATION; BAC HOME LOAN
   SERVICING, LP; MORTGAGE
13 ELECTRONIC REGISTRATION SYSTEMS,
   INC., RECONTRUST and JOHN DOES,
14
15          Defendants.

16

17
           Plaintiff, Rozann Bergdale ("Plaintiff"), by and through counsel undersigned, gives
18
   notice of a clerical error in Plaintiff's First Amended Complaint [Doc. No. 10, p. 29 ¶140],
19
   the word "trial" was erroneously used.  With this notice, Plaintiff will remove the word
20
   "trial" from ¶140 and it will read, "BAC and BANA accepted Plaintiff's payments under
21
   three different trial modification programs, all the while misapplying payments, accounting
22
   differently for each payment, luring her into accepting the modifications with the promise
23
   of a permanent modification, all the while proceeding with the trustee's sale without
24
   authority or truthful disclosure."  Plaintiff further gives notice that ¶168 will be replaced
25
   with the following, "BAC also produced two Trial Modification Plans to Plaintiff.  On the
26
   first one, she performed for six months---three months longer than the trial-period
27
   contemplated by the contract.  She performed the full three months on the second one", this
28

                                      -1-

1  notice is given as a result of a clerical error stating that both trial modifications were

2  performed by Plaintiff past the three month period.

3        DATED:        April 30, 2012

4                                        LAW OFFICES OF BETH K. FINDSEN PLLC

5

6                                        By: /s/Beth K. Findsen
                                              Beth K. Findsen (023205)
7                                              *Attorney for Plaintiff.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **CERTIFICATE OF SERVICE**

3
4
5

     I hereby certify that on April 30, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and mailed via U.S. Mail to the following CM/ECF registrants:

6

7
8
9

     I hereby certify that on April 30, 2012, I served the attached document by United States Mail on the following, who are not registered participants of the CM/ECF System:

10
11
12

Gregory Bryan Iannelli
Bryan Cave LLP - Phoenix, AZ
2 N Central Ave., Ste. 2200
Phoenix, AZ 85004-4406

13

14

15     By:   /s/ BKF

16

17

18

19

20

21

22

23

24

25

26

27

28