Beth K. Findsen (023205)
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROZANN G. BERGDALE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOAN SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST and JOHN DOES,<br><br>Defendants. | Case No. 3:12-cv-08057-GMS<br><br>**SUMMONS IN A CIVIL ACTION**<br><br>RE:   14655 E. White Drive, Dewey, AZ 86327 |

**To** the Defendant(s):

　　　　MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

　　　**A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address IS:**

　　　　　　　　　　Beth Findsen
　　　　LAW OFFICES OF BETH K. FINDSEN, PLLC
　　　　　　7279 East Adobe Drive, Suite 120
　　　　　　　　Scottsdale, AZ 85255
　　　　　　　　　(480) 584-6664
　　　　　　　　beth@findsenlaw.com

-1-

1  **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.**

2  **You also must file your answer or motion with the court.**

3  CLERK OF COURT

4  Date:

6  By_____

7  Deputy Clerk